**POTTS & ASSOCIATES**
*Staff Counsel for the Travelers Indemnity Company and its Property Casualty Affiliates*
2401 West Peoria Avenue, Suite 100
Phoenix, AZ 85029
Telephone: (602) 861-8657
Facsimile: (877) 365-8043
Email: rplaw01@Travelers.com

Walter Grochowski, Esq.
State Bar No. 010895
Attorney for Defendant LTL Transport Inc.

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| STEVE RUE, a married man,<br><br>Plaintiff,<br><br>v.<br><br>DAVEDILLON SEVILLA DANCEL and JANE DOE DANCEL, husband and wife, D & D TRANSPORT, a foreign entity; CHARLOTTE M. SHROPSHIRE and JOHN DOE SHROPSHIRE, husband and wife; LTL TRANSPORT INC., a foreign corporation; JOHN DOES 1-10; JANE DOES 1-10; ABC CORPORATIONS 1-10; XYZ PARTNERSHIPS 1-10; AND LIMITED LIABILITY COMPANIES A-Z,<br><br>Defendants. | Case No.<br><br>(Pima County Superior Court Case No. C20112739)<br><br>**NOTICE OF REMOVAL TO UNITED STATES DISTRICT COURT** |

Defendant LTL Transport Inc., by and through undersigned counsel, hereby gives notice that it is removing this action from Pima

County Superior Court to the United States District Court for the District of Arizona, pursuant to 28 U.S.C. §§ 1332, 1441 and 1446.

## I. <u>This Court has Diversity Jurisdiction Pursuant to 28 U.S.C. §1332</u>

### A. There is Diversity Between the Parties Pursuant to 28 U.S.C. §1332

Defendant LTL Transport Inc. is entitled to remove this action to the United States District Court because there is complete diversity between the parties. Plaintiff Steve Rue alleges in his Complaint that he is a resident of Pima County, Arizona. (See Attached Exhibit A, copy of Complaint, Pima County Superior Court Case No. 20112739). Plaintiff Steve Rue alleges in his Complaint that Defendants Davedillon Sevilla Dancel and Jane Doe Dancel are residents of Los Angeles County, California, and that Defendant D & D Transport is a foreign entity. (See Attached Exhibit A). Plaintiff Steve Rue alleges in his Complaint that Defendants Charlotte M. Shropshire and John Doe Shropshire are residents of Denton County, Texas, and that Defendant LTL Transport Inc. is a foreign corporation. (See Attached Exhibit A). Defendant LTL Transport, Inc. is a Texas corporation, with its principal place of business in Texas.

**B. The Amount of Controversy Exceeds $75,000.00**

In the Complaint, Plaintiff does not specifically list an amount in controversy, but Defendant LTL Transport, Inc., on information and belief, believes that the value of this claim may be equal to or exceed $75,000. Plaintiff also certified in his previous filings that his damages exceed the Pima County Superior Court's minimum jurisdiction of $50,000.00. Based on this certification, the amount in controversy exceeds this Court's diversity jurisdictional limit of $75,000.00.

## II. Defendant LTL Transport, Inc. Has Met All Procedural Requirements to Remove this Action

**A.** Plaintiff filed his Complaint on April 13, 2011. (See Attached Exhibit A). Defendant LTL Transport, Inc. was served on April 21, 2011. (See Attached Exhibit B, Affidavit of Service as to Defendant LTL Transport, Inc.). This Notice of Removal has been timely filed within thirty (30) days of the service date, pursuant to 28 U.S.C. § 1446(b).

**B.** Defendant LTL Transport, Inc. have attached copies of the Complaint, and Affidavit of Service as to Defendant LTL Transport, Inc., as Exhibits A and B, which are all the court documents in its possession.

**C.** Defendant LTL Transport, Inc. has concurrently filed a copy of this Notice with the Pima County, Arizona, Superior Court.

**D.** Defendant LTL Transport has served upon Plaintiff and Defendants Dancel and D & D Transport a copy of this Notice.

RESPECTFULLY SUBMITTED this 19th day of May, 2011.

POTTS & ASSOCIATES

By /s/Walter Grochowski
Walter Grochowski, Esq.
Attorney for Defendant LTL Transport Inc.

COPY of the foregoing document sent via Fedex Priority Overnight to be filed this 19th day of May, 2011 with:

Clerk of the Court
Pima County Superior Court-Civil
110 West Congress RM 131 A
Tucson, AZ 85701-1317

By: /s/Linda Ferguson

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on May 19, 2011, I instructed my secretary to electronically transmit the attached documents to the Clerk's office using the ECF System for filing.

I FURTHER CERTIFY that on May 19, 2011, I served the attached document by mailing of copy to the following, who may or may not be a registered participant of the ECF System:

Frances T. Lynch, Esq.
BACHE & LYNCH
6831 N. Oracle Rd., Suite 145
Tucson, AZ 85704
Attorney for Plaintiff

Phillip H. Stanfield, Esq.
JONES, SKELTON & HOCHULI, PLC
2901 North Central Ave., Suite 800
Phoenix, AZ 85012-2703
Attorney for Defendants Dancel and D & D Transport

/s/Walter Grochowski
Walter Grochowski, Esq.
POTTS & ASSOCIATES
2401 W. Peoria Avenue, Suite 100
Phoenix, AZ 85029
Attorney for Defendant LTL Transport Inc.